**STATE DEPARTMENT OF HIGHWAYS, DIVISION OF HIGHWAYS, State of Colorado, Petitioner,**

v.

**TOWN OF SILVERTHORNE, a Colorado Municipal Corporation, Virgil M. Cox, and Linda M. Rhea as Treasurer of Summit County, Respondents.**

**No. 85SC249.**

Supreme Court of Colorado, En Banc.

April 30, 1987.

---

Jeffrey Doniger, Asst. Atty. Gen., for petitioners.

Myron A. Clark, Denver, Colo., for Town of Silverthorne.

Marlin D. Opperman, William M. Schell, Denver, Colo., for Virgil M. Cox.

### ORDER OF COURT

Upon review of the record and briefs filed in the above cause, and having heard the oral arguments of counsel,

IT IS THIS DAY Ordered that the Writ of Certiorari in the above captioned cause shall be, and the same hereby is, DISMISSED as having been improvidently granted.

IT IS FURTHER ORDERED that this cause be and is remanded to the Court of Appeals.